UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                  Hon. Janet T. Neff

v.

                                  Case No. 1:18-cr-00138

ROYEL ALEXIS SANTIZ-ALVAREZ,

    Defendant.

_____/

**<u>ORDER</u>**

      Defendant appeared before me on June 13, 2018, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f). After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing. I find that his waiver was knowingly and voluntarily entered.

      Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

      DONE AND ORDERED on June 13, 2018.


                       /s/ Phillip J. Green
                    PHILLIP J. GREEN
                    United States Magistrate Judge